■ In the Matter of the Claim of JENNIFER VALENTINO, Appellant. COMMISSIONER OF LABOR, Respondent. [37 NYS3d 716]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 7, 2015, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Garry, Rose, Devine and Mulvey, JJ., concur. Ordered that the decision is affirmed, without costs.